IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLAS S. FARBER ; JOY MEREDITH MAGEE; SUSAN FARBER; and JOHN LEWIS FARBER,<br>   Plaintiffs,<br><br>   v.<br><br>TENNANT TRUCK LINES, INC., and SCOTT A. McMEEN,<br>   Defendants. | CIVIL ACTION<br><br>NO. 14-5028 |

# ORDER

**AND NOW**, this 9th day of February, 2015, upon consideration of Defendants Tennant Truck Lines Inc. and Scott McMeen's FRCP 12(b)(2) and 12(b)(3) Motions to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, Motions to Transfer Pursuant to 28 U.S.C. § 1404(a) [ECF Nos. 3 and 13]; and the Plaintiff's responses in opposition thereto [ECF Nos. 7, 10, and 16]; and for the reasons provided in the Court's memorandum opinion of February 9, 2015 [ECF No. 27], **IT IS ORDERED** that:

(1) Defendant Tennant Truck Lines Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 3] is **GRANTED**;

(2) Defendant Scott McMeen's Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 13] is **GRANTED**;

(3) all other motions are **DENIED AS MOOT**;

(4) this action is **TRANSFERRED** in its entirety to the United States District Court for the Central District of Illinois; and

(5) the Clerk of Court is directed to close this case.

            BY THE COURT:

            /S/ WENDY BEETLESTONE, J.

            _____
            **WENDY BEETLESTONE, J.**